# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:                                                 Bk. No. 18–11115–BAH
Chapter 13

Stephanie Holdgate
    Debtor

## ORDER DISMISSING CASE

A Notice of Dismissal (Contingent) (Doc. No. 11) having been issued on September 4, 2018 and the required documents/fees not having been filed, submitted or paid, this case is dismissed.

    ENTERED at Concord, New Hampshire.

Date: October 3, 2018                                           /s/ Bruce A. Harwood
                                                                       Bruce A. Harwood
                                                                       Chief Bankruptcy Judge

Form odismissal−307