# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re                                                                    Case No. 18-11115-BAH
    Stephanie Holdgate,                                   Chapter 13
        Debtor

## ORDER

The "Motion to Vacate Order Dismissing Chapter 13 Bankruptcy Petition" filed by Stephanie Holdgate is hereby granted. All missing declarations shall be filed by October 22, 2018, failing which the case will be dismissed without further notice.

ENTERED at Concord, New Hampshire.

Date: October 16, 2018

/s/ Bruce A. Harwood
Bankruptcy Judge